■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN MOORER, Appellant. [37 NYS3d 886]—Judgment, Supreme Court, New York County (Bonnie G. Wittner, J.), rendered May 29, 2014, convicting defendant, upon his plea of guilty, of robbery in the first degree, and sentencing him to a term of five years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for a youthful offender determination, and otherwise affirmed.

As the People concede, defendant is entitled to an express determination of whether, notwithstanding his conviction of an armed felony offense, he is eligible for youthful offender treatment based on the factors set forth in CPL 720.10 (3), and if so, whether such treatment should be granted (*see People v Middlebrooks*, 25 NY3d 516 [2015]; *People v Rudolph*, 21 NY3d 497 [2013]). Concur—Mazzarelli, J.P., Acosta, Saxe, Moskowitz and Gesmer, JJ.